### GERALD E. FENGLER ET AL. *v.* NORTHWEST CONNECTICUT HOMES, INC., ET AL.
### (7620)

NORCOTT, FOTI and LANDAU, Js.

Argued September 18—decision released September 27, 1990

*Benson A. Snaider,* for the appellants (defendants).

*Robert P. Hanahan,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.